IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Joy Ann Bull – #138009

_____/

No. C 13-80160 WHA

**ORDER OF SUSPENSION**

    Because Joy Ann Bull has failed to respond to the order to show cause, Ms. Bull's membership in the bar of this Court is hereby **SUSPENDED**.

**IT IS SO ORDERED.**

Dated: October 7, 2013.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE